ENGELBERT HARDT et al., Respondents, *v.* JOSEPH LILIANTHAL, Impleaded, etc., Appellant.

*Hardt* v. *Schwab,* 72 Hun, 109, affirmed.

(Argued October 13, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered October 28, 1893, which affirmed an interlocutory and a final judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Samuel Greenbaum* for appellant.

*Alex. Blumensteil* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.

---

WILLIAM S. WILLIAMS, Appellant, *v.* ROBERT E. LINDBLOM, Impleaded, etc., Respondent.

Reported below, 90 Hun, 370.

(Argued October 5, 1896; decided October 27, 1896.)

THIS was a motion to dismiss the appeal herein.

*L. A. Gould* for motion.

*J. Murray Mitchell* opposed.

Granted, without costs.

---

LAWRENCE MULLEN, Respondent, *v.* THE TOWN OF ROCK-LAND, Appellant.

Mem. of decision below, 5 App. Div. 625.

(Argued October 19, 1896; decided October 27, 1896.)

THIS was a motion to dismiss the appeal herein.

*George H. Carpenter* for motion.

*T. F. Bush* opposed.

Granted, with costs.